**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: February 27, 2018**

_____

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


IN RE:   EDWARD J. GEYMAN           :    CASE NO. 3:16-bk-33097
                                         CHAPTER 13

                                    :    JUDGE BETH A. BUCHANAN

         DEBTOR

                                    :    ORDER GRANTING APPLICATION OF DEBTOR
                                         TO EMPLOY ATTORNEY SHAUN PETERSON
```

Upon application of the debtor, this Court finds that attorney Shaun Peterson represents no interest adverse to the debtor or the estate of the debtor and that the debtor is authorized to employ Shaun Peterson as litigation counsel for the debtor and that attorney Shaun Peterson is authorized to be compensated pursuant to Federal Rule of Bankruptcy Procedure 2016 upon the filing of an application for compensation.

SO ORDERED

Copies to:

Default List

Shaun D. Peterson, Esq.
116 North Walnut Street
Wilmington, OH  45177

**###**