**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: February 27, 2018**

_____

```
                   UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


IN RE:   EDWARD J. GEYMAN              :    CASE NO. 3:16-bk-33097
                                            CHAPTER 13

                                       :    JUDGE BETH A. BUCHANAN

         DEBTOR

                                       :    ORDER GRANTING APPLICATION OF DEBTOR
                                            TO EMPLOY ATTORNEY SHAUN PETERSON
```

Upon application of the debtor, this Court finds that attorney Shaun Peterson represents no interest adverse to the debtor or the estate of the debtor and that the debtor is authorized to employ Shaun Peterson as litigation counsel for the debtor and that attorney Shaun Peterson is authorized to be compensated pursuant to Federal Rule of Bankruptcy Procedure 2016 upon the filing of an application for compensation.

SO ORDERED

Copies to:

Default List

Shaun D. Peterson, Esq.
116 North Walnut Street
Wilmington, OH  45177

**###**

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                  Case No. 16-33097-bab
Edward J. Geyman                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-3          User: fostera           Page 1 of 1           Date Rcvd: Feb 28, 2018
                              Form ID: pdf01          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.
db          +Edward J. Geyman,    1866 Center Road,    Wilmington, OH 45177-8378
sp          +Shaun D Peterson,    Peterson & Daugherty,    116 North Walnut Street,
             Wilmington, OH 45177-1830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Jeffrey M Kellner    ecfclerk@dayton13.com, onelook@dayton13.com
              John R Cummins    on behalf of Creditor    US Bank, NA amps@manleydeas.com
              Steven R Roell    on behalf of Debtor Edward J. Geyman srroell@aol.com
                                                                                                 TOTAL: 4